IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CV70 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAN LOUISE DENNIS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Upon Plaintiff's Motion for Dismissal, (filing 22),

IT IS HEREBY ORDERED that Plaintiff's motion is granted, and the Complaint is dismissed without prejudice.

DATED this 20th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE